# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:16-cv-89 |
| *Plaintiff*, ) | |
| ) | Judge Travis R. McDonough |
| v. ) | |
| ) | Magistrate Judge Clifton L. Corker |
| 2880 CROSSFIELD ROAD, BYBEE, TN ) | |
| 37713, ) | |
| ) | |
| *Defendant*. ) | |

## ORDER

On March 26, 2019, the Government filed a motion for default judgment pursuant to Rule 55 of the Federal Rules of Civil Procedure. (Doc. 21.) On June 6, 2019, Magistrate Judge Clifton L. Corker issued a report and recommendation (Doc. 23), recommending that: (1) the Government's motion for default judgment (Doc. 21) be granted; and (2) defendant property be forfeited to the United States of America, and all right, title and interest in and to said property be vested in the United States of America, pursuant to 21 U.S.C. § 881(a)(7). (Doc. 23.) Neither party has filed any objections to Magistrate Judge Corker's report and recommendation.[1] Nevertheless, the Court has conducted a review of the report and recommendation, as well as the

---

[1] Magistrate Judge Corker specifically advised the parties that they had fourteen days in which to object to the report and recommendation and that failure to do so would waive their right to appeal. (Doc. 23, at 4 n.3); *see* Fed. R. Civ. P. 72(b)(2); *see also Thomas v. Arn*, 474 U.S. 140, 148–51 (1985) (noting that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings"). Even taking into account the three additional days for service provided by Federal Rule of Civil Procedure 6(d), the period in which the parties could timely file any objections has now expired.

record, and it agrees with Magistrate Judge Corker's well-reasoned conclusions. Accordingly, the Court **ACCEPTS** and **ADOPTS** Magistrate Judge Corker's report and recommendation (Doc. 23) and **ORDERS** as follows:

1. The Government's motion for default judgment (Doc. 21) is **GRANTED**;

2. Defendant property, as described in the report and recommendation, is hereby **FORFEITED** to the United States of America, and all right, title and interest in and to said property is hereby **VESTED** in the United States of America, pursuant to 21 U.S.C. § 881(a)(7):

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**